UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| State of Connecticut<br>County of New Haven | : | ss: Hartford, Connecticut   2003 DEC 31  P 2: |
| | | C. A. #3:01CV1177 (DJS)   U.S. DISTRICT COURT<br>HARTFORD, CT. |
| UNITED STATES OF AMERICA<br>    Plaintiff | )<br>)<br>) | |
| v. | )<br>) | PLAINTIFF'S SUGGESTION<br>OF BANKRUPTCY |
| KYE M. NASSAR,<br>    Defendant | )<br>) | |

    Now comes the Defendant in the above-captioned matter, Kye M. Nassar, and states that he has filed a Chapter 7 bankruptcy, inclusive of the debt that is the subject of this case. The bankruptcy is filed with the U.S. Bankruptcy Court, District of Massachusetts, Case # 03-46463-hjb and further states that he is represented in the said bankruptcy by Massachusetts attorney Clifford D. Heaton, Esq. of 101 State Street, Ste. 715, Springfield, MA 01103.

THE DEFENDANT

By____Kye M. Nassar____
Kye M. Nassar
182 Center Street
Ludlow, MA 01056
(413) 547-2996

CERTIFICATE OF SERVICE

    I, Kye M. Nassar, hereby certify that I caused the foregoing to be served upon the plaintiff in this matter by mailing a copy to its counsel of record, Christine Sciarrino, Asst. U.S. Attorney, United States Attorneys Office, 157 Church Street, New Haven, CT 06510, this 10th day of December, 2003.

____Kye M. Nassar____
Kye M. Nassar